IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL H. PHAM, | § |
| Plaintiff, | § |
| v. | § Civil Action No. H-05-2027 |
| RAYMOND JONES, JR., | § |
| Defendant. | § |

## FINAL JUDGMENT

As the Court has found in favor of the Plaintiff on his claim for copyright infringement, the Court hereby

ORDERS that final judgment be entered. Plaintiff Michael Pham shall recover from Defendant Raymond Jones $24,454.87 in copyright infringement damages; $29,100 in attorneys' fees; and $570 in court costs. Additionally, Defendant is permanently enjoined from future use of Plaintiff's copyrighted client solicitation letter and brochure.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 13th day of June, 2006.

_____

DAVID HITTNER

United States District Judge

Case 4:05-cv-02027   Document 39   Filed in TXSD on 05/13/06   Page 2 of 2